**No. 53561.**—E. H. Corrigan et al. *v.* United States, protests 109317–K, etc. (Laredo, Los Angeles, and Pembina).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Cole, J., dissented on jurisdictional grounds, except as to protest 139041–K. *Geo. S. Bush & Co., Inc.* v. *United States* (22 Cust. Ct. 158, C. D. 1175), *Fuchs Shoe Corp.* v. *United States* (id. 338, Abstract 53250), and *W. R. Zanes & Co.* v. *United States* (id. 339, Abstract 53251) cited.